**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000459**
**24-MAR-2026**
**07:50 AM**
**Dkt. 198 ODMR**

NO. CAAP-24-0000459

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ANNETTE BLOCH, Plaintiff-Appellee,
v.
DAVID MICHAEL BLOCH, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDV-22-0000791)

**ORDER DENYING MOTION FOR RECONSIDERATION**
(By: Leonard, Presiding Judge, Hiraoka and Guidry, JJ.)

Upon consideration of Self-Represented Defendant-Appellant David Michael Bloch's (**Bloch**) "Motion Requesting Reconsideration, Dkt. 190, Summary Disposition Order (Therein, EXH A)" (**Motion for Reconsideration**), filed on March 17, 2026, it appears that:

(1) Bloch moves for reconsideration of the court's Summary Disposition Order, filed on March 10 2026; and

(2) The Motion for Reconsideration presents no point of law or fact that this court overlooked or misapprehended. See Hawai'i Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, March 24, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge